

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLEMENTE D. GRANT, | § | |
| | | No. 08-13-00247-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | County Court at Law Number One |
| RAYMUNDO ESPIRITU AND DAVID BARNES, | § | |
| | | of Tarrant County, Texas |
| | § | |
| Appellees. | | (TC# 2011-004353-1) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.